Michael G. Dini, SBN 162073
TRIEBSCH & FRAMPTON
300 N. Palm Street, P.O. Box 709
Turlock, California  95381-0709
Telephone:  (209) 667-2300
Fax:  (209) 667-6157

Attorneys for Defendant, Kenneth Peterson, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| JANET K. DOCKTOR, | Case No.  1:08-CV-01166-AWI-SMS |
| Plaintiff, | Subject to E-Filing |
| vs. | |
| KENNETH E. DOCKTOR, KENNETH PETERSON and DOES 1-50, inclusive, | **ORDER ON STIPULATION TO CONTINUE HEARING ON MOTION TO REMAND** |
| Defendants. | |

_____/

GOOD CAUSE HAVING BEEN SHOWN, the date of the hearing on the motion to remand is revised as follows:

| Hearing Date | Event |
|---|---|
| OLD   10/31/2008 | |
| **NEW   12/12/2008** | HEARING ON MOTION TO REMAND in Department 7, at 9:30 a.m., before the Honorable Sandra M. Snyder |

**IT IS SO ORDERED.**

Dated: 10/6/2008                          /s/ Sandra M. Snyder
                                          Honorable Sandra M. Snyder
                                          United States District Court Judge

1

[Proposed] Order on Stipulation to Continue Hearing on Motion to Remand

PDF created with pdfFactory trial version www.pdffactory.com