**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANET K. DOCKTOR, | NO. 1:08-CV-01166-AWI-SMS |
| Plaintiff, | ORDER TO REMAND |
| v. | [Document # *14*] |
| KENNETH E. DOCKTOR, KENNETH PETERSON, and DOES 1 through 50, Inclusive | |
| Defendants. | |

On November 6, 2008, the parties stipulated as follows:

1. Defendant Kenneth Peterson ("Peterson") has successfully removed this action from the Superior Court of California in and for the County of Stanislaus;

2. Plaintiff Janet K. Docktor ("Docktor") has filed a motion to remand the action back to Stanislaus County Superior Court;

3. Peterson and Docktor have worked out a resolution of their claims against each other that will ultimately result in the dismissal of the action against Peterson;

4. Docktor's motion to remand shall be granted, and this action shall be remanded forthwith to the Superior Court of California in and for the County of Stanislaus; and

5. Immediately upon remand, the action against Peterson will be dismissed.

///

1     Based on the stipulation of the parties, through their attorneys, and good cause appearing,
2 IT IS HEREBY ORDERED that this action be remanded to the Superior Court of California in
3 and for the County of Stanislaus.

5 IT IS SO ORDERED.

6 **Dated:**   **December 2, 2008**           **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE